Daniel Feinberg – CA State Bar No. 135983
Catha Worthman – CA State Bar No. 230399
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA 94607-4048
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
   cworthman@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Doe,<br><br>  Plaintiff,<br><br>  vs.<br><br>American Airlines, Inc.; American Airlines Pilot Long Term Disability Plan; American Airlines, Inc. Pension Benefits Administration Committee,<br><br>  Defendant. | Case No. 11-4602-PSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT PLAINTIFF TO PROCEED UNDER FICTITIOUS NAME, PURSUANT TO STIPULATION OF THE PARTIES** |

Good cause appearing, the Court hereby ORDERS as follows:

1. Pursuant to stipulation of the parties, Plaintiff's Unopposed Motion for Administrative Relief to Permit Plaintiff to Proceed Under Fictitious Name is GRANTED and the docket shall continue to reflect Plaintiff's name as John Doe.

2. Plaintiff shall be referred to as John Doe in all pleadings, depositions, and other documents related to this litigation, and Plaintiff shall be allowed to endorse any documents related to this litigation using the pseudonym John Doe.

3. Plaintiff's name, address, and telephone number; Plaintiff's family member's name; and any other personal identifying information of any of them shall be redacted from any

evidentiary materials filed with the Court in this manner.  To avoid any burden falling on Defendant from this requirement to redact documents, Plaintiff's counsel shall perform such redactions upon request of Defendant's counsel with reasonable notice from Defendant's counsel.

4. In all proceedings held before this Court, including trial, all counsel, witnesses, and court personnel shall refer to Plaintiff by his pseudonym, John Doe.

5. Despite this Order, should any party in this action desire to file a document with the Court under seal, an appropriate motion may be filed pursuant to Civil Local Rule 79-5 in advance of filing of the document.

6. The terms of this Order shall remain in effect until further notice by this Court.

IT IS SO ORDERED.

Dated:   October 31, 2011

Paul S. Grewal

United States Magistrate Judge