UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| JOHN DOE<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES, INC.; AMERICAN AIRLINES PILOT LONG TERM DISABILITY PLAN; and AMERICAN AIRLINES, INC. PENSION BENEFITS ADMINISTRATION COMMITTEE<br><br>    Defendants. | Case No. C11-04602 LHK<br><br>**ORDER EXTENDING DEADLINE FOR INITIAL DISCLOSURES AND JOINT CASE MANAGEMENT STATEMENT** |

Good cause appearing, the Court hereby ORDERS as follows:

1. Pursuant to the stipulation of the Parties, the deadline to serve Initial Disclosures in this matter is hereby extended from November 8, 2011 to November 16, 2011.  A Case Management Conference is hereby set for Wednesday, November 30, 2011, at 2:00 p.m. Pursuant to Local Rule 16-10, the parties shall file a Joint Case Management Statement no fewer than seven days before the Case Management Conference.

**IT IS SO ORDERED.**

Dated: November 14, 2011

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

13914414v.1

1

Order Extending Deadline for Initial Disclosures
and Joint Case Management Statement; Case No.: C 11-04602-LHK