UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | | |
|---|---|---|
| JOHN DOE | ) | Case No. C11-04602 LHK |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| v. | ) | |
| | ) | |
| AMERICAN AIRLINES, INC.; AMERICAN AIRLINES PILOT LONG TERM DISABILITY PLAN; and AMERICAN AIRLINES, INC. PENSION BENEFITS ADMINISTRATION COMMITTEE | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Good cause appearing, the Court hereby ORDERS as follows:

1. Pursuant to the Stipulation of the Parties, the Case Management Conference currently set for November 30, 2011 is continued to December 14, 2012, at 2:00 p.m.

IT IS SO ORDERED.

Dated: November 21, 2011

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

1
Order Continuing Case Management Conference; Case No.: C 11-04602-LHK