UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | | |
|---|---|---|
| JOHN DOE | ) | Case No. 11-cv-04602-LHK |
| Plaintiff, | ) ) ) | ORDER STAYING CASE |
| v. | ) ) | |
| AMERICAN AIRLINES, INC.; AMERICAN AIRLINES PILOT LONG TERM DISABILITY PLAN; and AMERICAN AIRLINES, INC. PENSION BENEFITS ADMINISTRATION COMMITTEE | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendants filed a notice with the Court on December 1, 2011 that they have filed voluntary petitions seeking bankruptcy protection under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, in the United States Bankruptcy Court for the Southern District of New York. *See* ECF No. 26. Pursuant to § 362(a) of the Bankruptcy Code, the filing of a bankruptcy petition operates as an automatic stay of all pending judicial proceedings. Accordingly, this action is STAYED pending resolution of the bankruptcy proceedings in Bankruptcy Court, and all pending Court deadlines, including the Case Management Schedule presently scheduled for December 14, 2011 at 2:00 p.m., are hereby VACATED. The Clerk shall administratively close the file.

**IT IS SO ORDERED.**

Dated: December 7, 2011

_____
HON. LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-04602-LHK
ORDER STAYING CASE