UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, | ) Case No.: 11-CV-04602-LHK |
| Plaintiff, | ) ORDER LIFTING STAY |
| v. | ) |
| AMERICAN AIRLINES, INC.; AMERICAN AIRLINES PILOT LONG TERM DISABILITY PLAN; and AMERICAN AIRLINES, INC. PENSION BENEFITS ADMINISTRATION COMMITTEE, | ) |
| Defendants. | ) |

In light of Defendants' Notice of Termination of the automatic stay due to bankruptcy proceedings (ECF No. 35), it is hereby ORDERED that the stay of this case (ECF No. 27) is lifted. The Clerk shall re-open the file.

A case management conference is hereby scheduled for April 9, 2014, at 2:00 P.M. Pursuant to Civil Local Rule 16-10(d), the parties shall submit a joint case management statement by April 2, 2014.

**IT IS SO ORDERED.**

1  Dated: March 17, 2014

_____
LUCY H. KOH
United States District Judge

2
Case No.: 11-CV-04602-LHK
ORDER LIFTING STAY